# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Joseph Thomas Barket, Jr.

Case No. Civil 01-278 ADM/AJB

v.

**JUDGMENT IN A CIVIL CASE**

NextiraOne, LLC, f/k/a Nextira, LLC,,
f/k/a Williams Communications Solutions,
LLC, f/k/a Wiltel Communication System

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

NextiraOne's motion for summary judgment is granted.

DATE: July 3, 2002

RICHARD D. SLETTEN, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk

33